United States District Court

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN ELLIOTT (1),<br>ELLIOT PRIETO AGUAN CALARA (2),<br>IGOR LYAKHOVETSKIY (3),<br><br>Defendants. | Case No.: 26cr3011-WQH<br>26-mj-4112<br><br>**Information**<br><br>Title 8, U.S.C., § 1324(a)(1)(A)(i) and (v)(II) – Attempted Bringing Aliens to the United States at a Place Other Than a Designated Port of Entry and Aiding and Abetting (Felony);<br>Title 8, U.S.C., § 1324(a)(2)(B)(ii) – Attempted Bringing Aliens to the United States for Financial Gain (Felony) and Title 18, U.S.C., § 2 – Aiding and Abetting |

The United States Attorney charges:

Counts 1–3

On or about July 12, 2026, outside of the jurisdiction of any particular district, the defendants, Jonathan Elliott, Elliot Prieto Aguan Calara and Igor Lyakhovetskiy, who were first brought to the Southern District of California, with the intent to violate the immigration laws of the United States, did attempt to bring to the United States the aliens below, knowing that said persons were aliens, at a place other than a designated

port of entry and at a place other than as designated by the Department of Homeland Security:

| Count | Name |
|---|---|
| 1 | Jesus Javier Ramirez-Frias |
| 2 | Juan Ramirez-Frias |
| 3 | Brenda Jazmin Sanchez-Castro |

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

Counts 4–6

On or about July 12, 2026, outside of the jurisdiction of any particular district, the defendants, Jonathan Elliott, Elliot Prieto Aguan Calara and Igor Lyakhovetskiy, who were first brought to the Southern District of California, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below had not received prior official authorization to come to, enter, and reside in the United States, did attempt to bring to the United States said aliens for the purpose of commercial advantage and private financial gain:

| Count | Name |
|---|---|
| 4 | Jesus Javier Ramirez-Frias |
| 5 | Juan Ramirez-Frias |
| 6 | Brenda Jazmin Sanchez-Castro |

in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Dated: 08/03/2026.

ADAM GORDON
United States Attorney

STEVEN LEE
Special Assistant U.S. Attorney