United States District Court

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JONATHAN ELLIOTT (1),<br>ELLIOT PRIETO AGUAN CALARA (2),<br>IGOR LYAKHOVETSKIY (3),<br><br>Defendants. | Case No.: 26CR3011-WQH<br><br>**Superseding Information**<br><br>Title 18, U.S.C., § 3 – Accessory After the Fact (Misdemeanor); |

The United States Attorney charges:

On or about July 12, 2026, within the Southern District of California, the defendants, Jonathan Elliott, Elliot Prieto Aguan Calara, and Igor Lyakhovestskiy, knowing that an offense against the United States had been committed, namely, Improper Entry by an Alien under Title 8, United States Code, Section 1325, did receive, relieve, comfort, and assist the offender, Jesus Javier Ramirez-Frias, in order to hinder and prevent the offender's apprehension, trial, and punishment; in violation of Title 18, United States Code, Section 3, a misdemeanor.

Dated: 09/14/2026 .

ADAM GORDON
United States Attorney

STEVEN LEE
Special Assistant U.S. Attorney

SLE:9/2/2026